**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 11, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SAMUEL SCHWARTZ<br>v.<br><br>ABN AMRO MORTGAGE GROUP, INC. AND CITIMORTGAGE, INC. | Case Number:<br><br>**07 C 6963**<br><br>**JUDGE BUCKLO**<br>**MAGISTRATE JUDGE COX** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ABN AMRO MORTGAGE GROUP, INC. AND CITIMORTGAGE, INC.

| |
|---|
| NAME (Type or print)<br>Diane M. Kehl |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Diane M. Kehl |
| FIRM<br>Vedder, Price, Kaufman & Kammholz, P.C. |
| STREET ADDRESS<br>222 North LaSalle Street |
| CITY/STATE/ZIP<br>Chicago, Illinois |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6189517 | TELEPHONE NUMBER<br>312-609-7500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐