FILED
DECEMBER 11, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| SAMUEL SCHWARTZ v. ABN AMRO MORTGAGE GROUP, INC. AND CITIMORTGAGE, INC. | **07 C 6963** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ABN AMRO MORTGAGE GROUP, INC. AND CITIMORTGAGE, INC.

**JUDGE BUCKLO
MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print) | |
| Jeffery M. Heftman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jeffery M. Heftman | |
| FIRM | |
| Vedder, Price, Kaufman & Kammholz, P.C. | |
| STREET ADDRESS | |
| 222 North LaSalle Street | |
| CITY/STATE/ZIP | |
| Chicago, Illinois | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277637 | 312-609-7728 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |