IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL A. SCHWARTZ,<br><br>            Plaintiff,<br><br>v.<br><br>ABN AMRO MORTGAGE GROUP, INC.<br>and CITIMORTGAGE, INC.,<br><br>            Defendants. | No. 07 C 6963 |

### NOTICE OF MOTION

TO:  Samuel A. Schwartz, Esq.
     3960 Howard Hughes Parkway
     Suite 500
     Las Vegas, Nevada 89169

    PLEASE TAKE NOTICE that on Wednesday, December 19, 2007, at 9:30 a.m., the undersigned counsel shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Room 1441 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **DEFENDANTS ABN AMRO MORTAGE GROUP, INC.'S AND CITIMORTGAGE, INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**.

Dated:  December 12, 2007

                                        Respectfully submitted,

                                        ABN AMRO MORTGAGE GROUP, INC.
                                        AND CITIMORTGAGE, INC.


                                        By: /s/ Jeffery M. Heftman
                                            One of Their Attorneys

Diane M. Kehl
Jeffery M. Heftman
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Fax:  (312) 609-5005

CHICAGO/#1725776.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2007, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system and have served same on:

Samuel A. Schwartz, Esq.
3960 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

via facsimile transmission and by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on December 12, 2007.

s/ Jeffery M. Heftman