Samuel A. Schwartz, Esq.
3960 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3628
Facsimile: (702) 866-9774
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SAMUEL A. SCHWARTZ, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO.: 07 C 6963<br>)<br>) |
| ABN AMRO MORTGAGE GROUP, INC.<br>and CITIMORTGAGE INC., | )<br>)<br>) |
| Defendants. | )<br>) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Samuel A. Schwartz, Esq. ("Schwartz") hereby appears in the above-captioned cases as counsel *pro se* ("Plaintiff"). Pursuant to the Federal Rules of Civil Procedure, Schwartz respectfully requests that all notices given or required to be given in this, and all papers served or required to be served in this case, be given to and served upon it at the offices, postal addresses, and telephone numbers set forth below:

Samuel A. Schwartz, Esq.
3960 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3628
Facsimile: (702) 866-9774

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the rules specified above, but additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

Dated: Chicago, Illinois
       December 27, 2007

                                    Respectfully submitted,

                                    Samuel A. Schwartz, Esq.
                                    3960 Howard Hughes Parkway
                                    Suite 500
                                    Las Vegas, Nevada 89169
                                    Telephone: (702) 990-3628
                                    Facsimile: (702) 866-9774

By: _____
                Samuel A. Schwartz, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via electronic and regular mail to the following parties at the address listed below this 27th day of December, 2007.

>Diane M. Kehl, Esq.
>Jeffery M. Heftman, Esq.
>Vedder, Price, Kaufman & Kammholz, P.C.
>222 North LaSalle Street, Suite 2600
>Chicago. Ill 60601-1003
>Telephone: (312) 609-7500
>Facsimile: (312) 609-5005
>
>By: _____
>Samuel A. Schwartz, Esq.