# EXHIBIT A

Form Approved OMB No. 2502-0265

| A. | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT SETTLEMENT STATEMENT | B. | TYPE OF LOAN | |
|---|---|---|---|---|
| | Near North National Title Corporation | 1. ☐ FHA  2. ☐ FMHA  3. ☒ CONV. UNINS. | | |
| | 222 N. LaSalle Street | 4. ☐ VA  5. ☐ CONV. INS. | | |
| | | 6. ESCROW FILE NUMBER: 01022557-001 SS1 | | 7. LOAN NUMBER: 630710334 |
| | Chicago, IL 60601 (312) 419-3900 | 8. MORTGAGE INSURANCE CASE NUMBER: | | |
| | **FINAL** | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | Samuel A. Schwartz |
|---|---|
| ADDRESS OF BORROWER: | 600 N. Kingsbury Suite 1705 Parking P-219 & P-227 |
| | Chicago, IL 60610 |
| E. NAME OF SELLER: | Park Place Chicago LLC |
| ADDRESS OF SELLER: | 2000 Spring Road, #500 |
| | Oak Brook, Il 60523 |
| F. NAME OF LENDER: | ABN AMRO Mortgage Group, Inc. |
| ADDRESS OF LENDER: | 777 E. Eisenhower, #700 |
| | Ann Arbor, MI 48108 |
| G. PROPERTY LOCATION: | 600 N. Kingsbury #1705, P-219 & P-227 |
| | Chicago, IL 60610 |
| | Cook County |
| H. SETTLEMENT AGENT: | Near North National Title Corporation |
| I. PLACE OF SETTLEMENT: | 222 N. LaSalle Street, Chicago, IL 60601 |
| I. SETTLEMENT DATE: | 12/27/2002  PRORATION DATE: 12/27/2002  DISBURSEMENT DATE: 12/27/2002 |

WE CERTIFY THIS DOCUMENT TO BE A TRUE AND EXACT COPY OF THE ORIGINAL  DATE 12/27/02

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 542,000.00 | 401. Contract Sales Price | 542,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 7,208.84 | 403. | |
| 104. Upgrades | 39,175.00 | 404. Upgrades | 39,175.00 |
| 105. | | 405. | |
| ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | | ADJUSTMENTS FOR ITEMS PAID BY SELLER IN ADVANCE: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. December Assessment | 74.26 | 409. December Assessment | 74.26 |
| 110. Three Month Condominium Assess | 1,726.44 | 410. Three Month Condominium Assess | 1,726.44 |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| **120. GROSS AMOUNT DUE FROM BORROWER:** | **590,184.54** | **420. GROSS AMOUNT DUE TO SELLER:** | **582,975.70** |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 54,200.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 464,900.00 | 502. Settlement charges to Seller (line 1400) | 61,199.56 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of 1st mtg. loan to Corus Bank | 502,188.14 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. Upgrade Deposit | 19,588.00 | 506. Upgrade Deposit | 19,588.00 |
| 207. Closing Costs Credit from Wells Fargo | 200.00 | 507. | |
| 208. New Second Loan | 42,400.00 | 508. | |
| 209. | | 509. | |
| ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | | ADJUSTMENTS FOR ITEMS UNPAID BY SELLER: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER:** | **581,288.00** | **520. TOTAL REDUCTIONS IN AMOUNT DUE SELLER:** | **582,975.70** |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross amount due from Borrower (line 120) | 590,184.54 | 601. Gross amount due to Seller (line 420) | 582,975.70 |
| 302. Less amount paid by/for Borrower (line 220) | 581,288.00 | 602. Less reduction in amount due Seller (line 520) | 582,975.70 |
| 303. CASH ( ☒ FROM ) ( ☐ TO ) BORROWER: | 8,896.54 | 603. CASH ( ☒ FROM ) ( ☐ TO ) SELLER: | 0.00 |

| L. SETTLEMENT CHARGES | | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION | | | P.O.C. | | |
| BASED ON PRICE $ 542,000.00 @ % | | | | | |
| DIVISION OF COMMISSION (LINE 700) AS FOLLOWS: | | | | | |
| 701. $ to | | | | | |
| 702. $ to | | | | | |
| 703. Commission paid at settlement | | | | | |
| 704. Broker's Commission to Coldwell Banker | | | | | 26,100.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. Loan Origination Fee | | | | | |
| 802. Loan Discount Fee | | | | | |
| 803. Appraisal Fee | | | | | |
| 804. Credit Report | | | | | |
| 805. Lenders Inspection Fee | | | | | |
| 806. Mortgage Insurance Application Fee | | | | | |
| 807. Assumption Fee | | | | | |
| 808. Lender Administration | to ABN AMRO Mortgage Group, Inc. | | (275.00) | | |
| 809. Deferred Premium | to Pd by ABN to RBC Mtg. Co. | | (5,811.25) | | |
| 810. Annual Fee 2nd Mtg. | | | (35.00) | | |
| 811. **See attached for breakdown | | | (93.60) | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | P.O.C. | | |
| 901. Interest From 12/27/02 to 01/01/03 @ $69.4100/day % (5 days) | | | | 347.05 | |
| 902. Mortgage Insurance Premium for Month(s) to | | | | | |
| 903. Hazard Insurance Premium for Years(s) to | | | | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | | |
| 1001. Hazard Insurance | months @ $ | per month | | | |
| 1002. Mortgage Insurance | months @ $ | per month | | | |
| 1003. City Property Taxes | months @ $ | per month | | | |
| 1004. County Property Taxes | 6 months @ $ 100.00 | per month | | 600.00 | |
| 1005. Annual Assessments | months @ $ | per month | | | |
| 1006. | months @ $ | per month | | | |
| 1007. | months @ $ | per month | | | |
| 1008. | months @ $ | per month | | | |
| 1100. TITLE CHARGES | | | P.O.C. | | |
| 1101. Settlement or closing fee | to Near North National Title Corporation | | | 551.00 | |
| 1102. Abstract or title search | | | | | |
| 1103. Title examination | | | | | |
| 1104. Title Insurance binder | | | | | |
| 1105. Document preparation | | | | | |
| 1106. Notary fees | | | | | |
| 1107. Attorney's Fees | to Schain, Burney, Ross & Citron, LTD | | | | 500.00 |
| (includes above items numbers: ) | | | | | |
| 1108. Title Insurance | to Near North National Title Corporation | | | 185.00 | 291.00 |
| (includes above items numbers: ) | | | | | |
| 1109. Lenders coverage | $ 464,900.00 | | | | |
| 1110. Owner's coverage | $ 542,000.00 | | | | |
| 1111. EPA Endorsement | to Near North National Title Corporation | | | 60.00 | |
| 1112. Condo Endorsement | to Near North National Title Corporation | | | 90.00 | |
| 1113. **See attached for breakdown | | | | 1,106.00 | 20.00 |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | P.O.C. | | |
| 1201. Recording Fees: Deed $ 26.00 Mortgage $ 80.00 Release $ 50.00 | | | | 86.00 | 50.00 |
| 1202. City/County tax/stamps | Deed $ | Mortgage $ | | | |
| 1203. State tax/stamps | Deed $ | Mortgage $ | | | |
| 1204. City Transfer Tax to Near North National | | | | 4,065.00 | |
| 1205. **See attached for breakdown | | | | | 813.00 |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | P.O.C. | | |
| 1301. Survey | | | | | |
| 1302. Pest Inspection | | | | | |
| 1303. Upgrade Payment | to Park Place Chicago, LLC | | | | 19,587.00 |
| 1304. 2002 R.E. Tax Escrow | to Near North 03020031 | | | 118.79 | |
| 1305. | | | | | |
| 1306. Reimburse for Water Cert | to Schain, Burney, Ross & Citron | | | | 10.00 |
| 1307. **See attached for breakdown | | | | | 13,728.56 |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on line 103, Section J - and - line 602, Section K) | | | | 7,208.84 | 61,199.56 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and Disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____ atty en fact    _____ as agent for seller
Samuel A. Schwartz                     Park Place Chicago LLC
                    Borrowers                             Sellers

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____ Settlement Agent    12/27/02 Date
Near North National Title Corporation

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.