IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SAMUEL A. SCHWARTZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABN AMRO MORTGAGE GROUP, INC.<br>and CITIMORTGAGE, INC.,<br><br>　　　　Defendants. | No. 07 C 6963 |

## NOTICE OF MOTION

TO:　Samuel A. Schwartz, Esq.
　　　3960 Howard Hughes Parkway
　　　Suite 500
　　　Las Vegas, Nevada 89169

　　　PLEASE TAKE NOTICE that on Tuesday, January 22, 2008, at 9:30 a.m., the undersigned counsel shall appear before the Honorable Elaine E. Bucklo, or any judge sitting in her stead, in Room 1441 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **DEFENDANTS ABN AMRO MORTGAGE GROUP, INC. AND CITIMORTGAGE, INC.'S MOTION TO DISMISS**.

Dated: January 15, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　ABN AMRO MORTGAGE GROUP, INC.
　　　　　　　　　　　　　　　　　　　　　　AND CITIMORTGAGE, INC.


　　　　　　　　　　　　　　　　　　　　　　By:/s/Jeffery M. Heftman_____
　　　　　　　　　　　　　　　　　　　　　　　　　One of Their Attorneys

Diane M. Kehl
Jeffery M. Heftman
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Fax:  (312) 609-5005

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system and have served same on:

Samuel A. Schwartz, Esq.
3960 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

via facsimile transmission and by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on January 15, 2008.

                                          s/ Jeffery M. Heftman