IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

SAMUEL A. SCHWARTZ,

        Plaintiff,

v.

ABN AMRO MORTGAGE GROUP, INC.
and CITIMORTGAGE, INC.,

        Defendants.

No. 07 CV 6963

## REPORT OF THE PARTIES PLANNING MEETING

I.    Meeting.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held by telephone on January 17, 2008 and was attended by Samuel Schwartz, for Plaintiff, and Jeffery Heftman, for Defendants.

II.    Pre-Trial Schedule.  The parties jointly propose to the court the following discovery plan.

    A.    Discovery will be needed on the following subjects: the disclosures received by Plaintiff from his broker and/or ABN AMRO Mortgage Group, Inc., communications prior to the closing date of Plaintiff's loan between and Plaintiff and his broker or ABN AMRO Mortgage Group, Inc., and the loan file for Plaintiff's loan identifying what disclosures were made to Plaintiff.

    B.    Discovery pursuant to Fed. R. Civ. P. 26(a)(1) to be made by March 3, 2008.  All discovery to be commenced in time to be completed by June 2, 2008.

    C.    The parties expect they will need to take approximately three depositions.

    D.    Reports from retained experts under Rule 26(a)(2) due: from Plaintiff by June 13, 2008 and from Defendants by July 21, 2008.

    E.    All potentially dispositive motions should be filed by September 15, 2008.

    F.    Final Pre-trial Order: Plaintiff to prepare proposed draft by October 15, 2008; parties to file joint pretrial order by October 30, 2008.

    G.    The case should be ready for trial by December 1, 2008 and is expected to take approximately 1 day.

III.    Settlement.  Plaintiff has made a written settlement demand to Defendants, who are still in the process of reviewing Plaintiff's proposal.

IV.    Consent.  Parties do consent unanimously to proceed before a Magistrate Judge.

| | |
|---|---|
| SAMUEL A. SCHWARTZ | ABN AMRO MORTGAGE GROUP, INC. AND CITIMORTGAGE, INC. |
| By: s/ Samuel A. Schwartz | By: s/ Jeffrey M. Heftman |
| | One of Their Attorneys |
| 3960 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, Nevada 89169<br>(702) 866-9774<br>Fax: (702) 990-3962 | Vedder Price P.C.<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL  60601<br>(312) 609-7500<br>Fax: (312) 609-5005 |

Date: January 28, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2008, I electronically filed the foregoing **Report of Parties Planning Meeting** with the Clerk of the Court using the CM/ECF system and have served same on:

Samuel A. Schwartz, Esq.
3960 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169

via facsimile transmission and by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 by 5:00 p.m. on January 28, 2008.

s/ Jeffery M. Heftman