UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Samuel A. Schwartz

                                            Plaintiff,

v.                                                                                Case No.: 1:07−cv−06963
                                                                               Honorable Elaine E. Bucklo

ABN AMRO Mortgage Group, Inc., et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge Elaine E. Bucklo : The court approves parties' scheduling order. Plaintiff shall comply with FRCP(26)(a)(2) by 6/13/08. Defendant shall comply with FRCP(26)(a)(2) by 7/21/08.Fact discovery ordered closed by 6/2/2008.Dispositive motions with supporting memoranda due by 9/15/2008. Pretrial Order due by 10/30/2008. Scheduling conference set for 1/31/08 is vacated. Parties having consented to the jurisdiction a United States Magistrate Judge, this case is transferred to the Executive committee for a reassignment to the assigned Mgistrate Judge. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.