**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Samuel A. Schwartz

                              Plaintiff,

v.                                                                 Case No.: 1:07−cv−06963
                                                                 Honorable Maria Valdez

ABN AMRO Mortgage Group, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Maria Valdez: Magistrate Judge Status hearing held on 3/19/2008. The Court grants the stay of discovery pending court's ruling on defendants' motion to dismiss [11]. Oral argument on defendants' motion to dismiss is set for 4/10/2008 at 04:00 p.m. Ruling on motion set for 4/24/2008 at 09:30 AM. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.