UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Samuel A. Schwartz
                            Plaintiff,

v.                                       Case No.: 1:07−cv−06963
                                       Honorable Maria Valdez

ABN AMRO Mortgage Group, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Maria Valdez: Motion hearing held on 4/10/2008. Oral argument heard in open court. MOTION by Defendants ABN AMRO Mortgage Group, Inc., Citimortgage, Inc. to dismiss [11] is taken under advisement. Ruling on motion set for 4/24/08 at 9:30 a.m. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.